IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-01748<br>MDL No. 2545<br><br>Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br>John Lenart v. AbbVie Inc., et al.<br><br>Civil Action No. 1:15-cv-02590 | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff John Lenart, and counsel for Defendants Eli Lilly and Company, Lilly, USA, LLC., Acrux Commercial Pty Ltd., and Acrux DDS Pty Ltd., pursuant to Rule 41(a)(I)(A)(ii) of the Federal Rules of Civil Procedure, that any and all claims and counterclaims which were or could have been asserted by and between these parties, against one another, are hereby dismissed without prejudice and without costs or attorneys' fees to any party. Plaintiff's claims against the other defendants remain pending, and in full force and effect.

/*s/ David C. DeGreeff*
David C. DeGreeff MO # 55019
Thomas P. Cartmell MO # 45366
Jeffrey M. Kuntz MO # 52371
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
ddegreeff@wcllp.com
tcartmell@wcllp.com
jkuntz@wcllp.com

*Attorneys for Plaintiff John Lenart*

*/s/ David E. Stanley*
David E. Stanley
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071

*Attorneys for Defendants Eli Lilly and Company, Lilly USA, LLC, Acrux Commercial Pty Ltd. and Acrux DDS Pty Ltd.*

*/s/ Christopher R. Boisvert*
Christopher R. Boisvert
DECHERT, LLP
2929 Arch Street
Philadelphia, PA 19104-2808

*Attorney for Defendants AbbVie, Inc. and Abbott Laboratories, Inc.*

## **CERTIFICATE OF SERVICE**

I, David E. Stanley, hereby certify that on May 10, 2016, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

<i>/s/ David E. Stanley</i>